

FILED
CLERK, U.S. DISTRICT COURT

DEC 2 7 2022

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION      BY DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**EDCV22-02267**-RSWL (DFM)

Ismail Mora

(Name of Plaintiff)

P.O Box 3456 Corcoran CA, 93212

(Address of Plaintiff)

(Case Number)

vs.

COMPLAINT

Sheree Williams, Zachery

Reynoso, Mr. Placito, County

of Riverside, John Doe Sheriffs etc.

(Names of Defendants)

I.  Previous Lawsuits:

    A.  Have you brought any other lawsuits while a prisoner:  ☐ Yes  ☒ No

    B.  If your answer to A is yes, how many?: ___N/A___ Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff _____N/A_____

            Defendants _____N/A_____

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Rev'd 5/99

2. Court (if Federal Court, give name of District; if State Court, give name of County)

_____ N/A _____

3. Docket Number _____ N/A _____

4. Name of judge to whom case was assigned _____ N/A _____

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
_____ N/A _____

6. Approximate date of filing lawsuit _____ N/A _____

7. Approximate date of disposition _____ N/A _____

II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution?     ☒ Yes     ☐ No

B. Have you filed a grievance concerning the facts relating to this complaint?
                                                                                 ☒ Yes     ☐ No

If your answer is no, explain why not _____
_____

C. Is the grievance process completed?                    ☐ Yes     ☒ No
                                        No body responded to my grievance

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant  Sheree Williams  is employed as  Riverside
Sheriff  at  Riverside county Jail

B. Additional defendants  Zachery Reynoso is employed as a Riverside
Sheriff at Riverside County Jail. Mr. Placito is employed as a
Riverside Sheriff at Riverside county jail. A deputy involved
in my claim is or was working at Riverside County Jail.
_____
_____

2

IV.    Statement of Claim

(State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including dates and places.  Do not give any legal arguments or cite any cases or statutes.  Attach extra sheets if necessary.)

I was attacked and retaliated against multiple times in jail. Specifically, Deputy Williams, Reynoso, and Placito falsified reports and gave false testimony. Deputy Reynoso punched me when I was on the ground defenseless on 12-30-2019. Months later while in AD-seg, Deputies unknown threw a tear gas bomb in my cell while I was sleeping with no verbal warning or directives. This was on 06-26-2020 my 21st birthday. I was dragged out the cell after I cuffed up and my clothes were cut off. I was then placed in a suicide cell even though I wasn't suicidal at the time.

V. Relief.

(State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.)

I would like the court to give me monetary compensation for my hardships. I went through cruel and unusual punishments and there was a series of events that took place to which I grieved and never did I receive help or get a resolution to my grievences. I still have post-traumatic stress-disorder episodes at night and mental breakdowns. This is why I may not be able to hold a job in the future. I am asking for 1 million dollars.

Signed this __11__ day of __December__ , 20 _22_ .

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

__12-11-2022__
(Date)

_____
(Signature of Plaintiff)

3

CORCORAN STATE PRISON

NAME Ismail Mora

CDCR NUMBER BM6614

HOUSING A54-137

PO BOX 3456

CORCORAN, CA 93212


Corcoran State Prison

**STATE PRISON
GENERATED MAIL**

CORCORAN
STATE PRISON



**US POSTAGE** AND PITNEY BOWES

ZIP 93212 **$ 001.44⁰**
02 1W
0001386349 DEC 23 2022

Clerk of the US District Court
3470 Twelfth St.
Riverside, CA 92501

CLERK, U.S. DISTRICT COURT
RECEIVED
DEC 27 2022
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION OF CALIFORNIA



INDIGENT