UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 22-02267-CJC (DFM) | Date: | October 24, 2023 |
|---|---|---|---|
| Title | Ismail Mora v. Sheree Williams et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

On June 23, 2023, Plaintiff filed his Second Amended Complaint in this action. See Dkt. 15. The Second Amended Complaint asserted claims against several Riverside County Deputy Sheriffs based on alleged events that occurred in December 2019. See id. at 3-8.

On August 8, 2023, the Court issued an Order dismissing Plaintiff's Second Amended Complaint with leave to amend. See Dkt. 19. Plaintiff was ordered to return a Notice of Election form within thirty-five (35) days. See id. at 9. Plaintiff has not filed a Notice of Election, and the deadline has passed.

It is Plaintiff's responsibility to respond promptly to all Orders and to prosecute the action diligently. **Accordingly, the Court hereby ORDERS Plaintiff to show cause in writing no later than twenty-one (21) days from the date of this order why this action should not be dismissed for lack of prosecution.** As an alternative to a written response by Plaintiff, the Court will consider the filing of the Notice of Election form, on or before the above date, as an appropriate response to this Order to Show Cause.

Plaintiff's failure to act will result in a recommendation that this case be dismissed for failure to prosecute.