UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAIL MORA,<br><br>Plaintiff,<br><br>v.<br><br>SHEREE WILLIAMS et al.,<br><br>Defendants. | No. 5:22-cv-02267-SB-DFM<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, the Court finds that there is no just reason to delay final judgment pursuant to Federal Rule of Civil Procedure 54(b) and therefore:

IT IS HEREBY ADJUDGED that Plaintiff's claims against Defendant John Doe are dismissed without prejudice for failure to prosecute. The Court notes that this judgment does not address Plaintiff's claims against Defendants Deputies Reynoso and Santana.

Date: September 25, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge